UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           NO. CIV. S-06-219 LKK/KJM

    Plaintiff,

  v.                        O R D E R

AARON BROTHERS, INC., et al.,

    Defendants.
_____/

    The Status Conference currently set for April 17, 2006 is CONTINUED to June 19, 2006 at 2:30 p.m. Plaintiff shall give notice of the continued Status Conference date to defendant Popco Investors and shall COMPLETE service of process on that defendant within twenty (20) days.

    IT IS SO ORDERED.

    DATED: April 12, 2006

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT