UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

AARON BROTHERS, INC., individually and dba AARON BROTHERS; POPCO INVESTORS, a partnership,

        Defendants.
                                            /

NO. CIV. S-06-219 LKK/KJM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendant Aaron Brothers has informed the court that the parties have settled the above-captioned case as to that defendant. The court now orders that the dispositional documents disposing of the case as to defendant Aaron Brothers, Inc. be filed no later than thirty (30) days from the effective date of this order.

////

////

////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3    CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4        IT IS SO ORDERED.
5        DATED: April 17, 2006.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT