1  RICK BERGSTROM (CA SBN 169594)
   MORRISON & FOERSTER LLP
2  12531 High Bluff Drive, Suite 100
   San Diego, California 92130
3  Telephone: (858) 720-5100
   Facsimile: (858) 720-5125
4  RBergstrom@mofo.com

5  Attorneys for Defendant
   AARON BROTHERS, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | SCOTT N. JOHNSON,                              | Case No. 2:06-CV-00219-LKK-KJM
12 |             Plaintiff,                         | **STIPULATION AND ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITION DOCUMENTS**
13 |      v.                                        |
14 | AARON BROTHERS, INC., individually and dba AARON BROTHERS; POPCO INVESTORS, a partnership; and DOES 1-10, inclusive, |
15 |                                                |
16 |             Defendants.                        |

17

18

19

20

21

22

23

24

25

26

27

28

                                              1                    Case No. 2:06-CV-00219-LKK-KJM
                                                                   STIP & ORDER RE REQUEST FOR EXTENSION
sd-316194

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff Scott N. Johnson ("plaintiff") and defendant Aaron Brothers, Inc. ("defendant"),
2  by and through their counsel of record, hereby agree and stipulate to an extension of the time in
3  which to file dispositional documents to May 31, 2006, in order to give the parties additional time
4  to finalize the settlement documentation and obtain a check for the settlement funds.  Plaintiff has
5  executed the Settlement Agreement, and defendant is in the process of reviewing and executing
6  the Agreement and issuing a check for the settlement funds.
7  IT IS SO STIPULATED.
8  
9  Dated: May ____, 2006          LAW OFFICES OF SCOTT N. JOHNSON
10                                  ___/S/___ SCOTT N. JOHNSON_____
                                    Scott N. Johnson
11                                  Attorney for Plaintiff Scott N. Johnson
12 Dated: May ____, 2006          MORRISON & FOERSTER
13                                  ___/S/___ RICK BERGSTROM_____
                                    Rick Bergstrom
14                                  Attorneys for Defendant Aaron Brothers, Inc.
15
                                    **O R D E R**
16
17    IT IS HEREBY ORDERED THAT the parties shall have until May 31, 2006 to file
18 dispositional documents with the Court.
   IT IS SO ORDERED.
19
20 Dated: May 17, 2006.            /s/Lawrence K. Karlton
                                    Lawrence K. Karlton
21                                  Senior Judge

2     Case No. 2:06-CV-00219-LKK-KJM
      STIP & ORDER RE REQUEST FOR EXTENSION

sd-316194

PDF created with pdfFactory trial version www.pdffactory.com