1  RICK BERGSTROM (CA SBN 169594)
   MORRISON & FOERSTER LLP
2  12531 High Bluff Drive, Suite 100
   San Diego, California 92130
3  Telephone: (858) 720-5100
   Facsimile: (858) 720-5125
4  RBergstrom@mofo.com

5  Attorneys for Defendant
   AARON BROTHERS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT N. JOHNSON,                    Case No. 2:06-CV-00219-LKK-KJM

12              Plaintiff,               **STIPULATION AND ORDER RE
                                         DISMISSAL WITH PREJUDICE**
13       v.

14 AARON BROTHERS, INC., individually and dba
   AARON BROTHERS; POPCO INVESTORS, a
15 partnership; and DOES 1-10, inclusive,

16              Defendants.

sd-315113

Plaintiff Scott N. Johnson ("plaintiff") and defendant Aaron Brothers, Inc., by and through their counsel of record, hereby stipulate that:

1. Defendants Aaron Brothers, Inc. and Popco Investors shall be dismissed with prejudice from Case No. 2:06-CV-00219-LKK-KJM (the "Lawsuit"); and

2. All claims asserted by plaintiff in the Lawsuit set forth in the Complaint filed herein shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: May ___, 2006

LAW OFFICES OF SCOTT N. JOHNSON

Scott N. Johnson
Attorney for Plaintiff Scott N. Johnson

Dated: May ___, 2006

MORRISON & FOERSTER

Rick Bergstrom
Attorneys for Defendant Aaron Brothers, Inc.

## ORDER

IT IS HEREBY ORDERED THAT:

1. Defendants Aaron Brothers, Inc. and Popco Investors shall be dismissed with prejudice from Case No. 2:06-CV-00219-LKK-KJM; and

2. All claims asserted by plaintiff in the Lawsuit set forth in the Complaint filed herein shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 5/26/06

Judge of the United States District Court

2

Case No. 2:06-CV-00219-LKK-KJM
STIP & ORDER RE DISMISSAL WITH PREJUDICE

sd-315113